

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-011-CR

MAURICE RUDY LOPEZ                                                    APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Maurice Rudy Lopez appeals his theft conviction.  We dismiss the appeal.

In November 2008, appellant pled guilty to theft of a firearm.[2] In accordance with appellant's plea bargain agreement with the State, the trial

------------

[1] *See* Tex. R. App. P. 47.4.

[2] Theft of a firearm is a state jail felony punishable by up to two years' confinement.  *See* Tex. Penal Code Ann. §§ 12.35(a), 31.03(e)(4)(C) (Vernon Supp. 2008).

court sentenced him to 180 days' confinement. Appellant filed his pro se notice of appeal in December 2008. The trial court signed a certification regarding appellant's right to appeal in February 2009, indicating that because of appellant's plea bargain, he had "NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Appellant also signed the certification and acknowledged that he received a copy of it.

On February 3, 2009, we sent appellant a letter informing him that because of the trial court's certification, unless he filed a document showing grounds to continue the appeal by February 13, 2009, the appeal could be dismissed.[3] *See* Tex. R. App. P. 44.3. We have not received any such document. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Richardson v. State*, 151 S.W.3d 710, 710 (Tex. App.—Fort Worth 2004, no pet.).

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 19, 2009

---

[3] We also sent a copy of this letter to appellant's trial counsel.